IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07cr350** |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **JACK MCCLANAHAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Defendant's motion to continue the arraignment [5] in this matter is granted.

**IT IS ORDERED** that a Change of Plea hearing is scheduled for **Wednesday, December 19, 2007** at **1:00 p.m.** before Chief Judge Joseph F. Bataillon, Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS FURTHER ORDERED** that the Arraignment scheduled for November 9, 2007 is cancelled.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 6th day of November, 2007.

BY THE COURT:


s/Thomas D. Thalken
United States Magistrate Judge